# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1223
akramer@cov.com

**Via ECF**                                                                    July 24, 2026

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  ***United States* v. *Alberto McLean*, 18 Cr. 707 (JMF)**

Dear Judge Furman:

Alberto McLean, through Counsel, submits this letter to respectfully request an adjournment of the conference presently scheduled for July 29, 2026.  The underlying state proceeding, upon which the Government's petition to revoke supervised release is based, remains pending.  A conference in Mr. Mclean's state proceeding is scheduled for September 17, 2026.  Accordingly, Counsel respectfully requests that the Court adjourn the July 29, 2026 conference to a date after September 17, 2026.

This is Counsel's first request for an adjournment on behalf of Mr. McLean.  We have conferred with the Government, which consents to this request.

Respectfully submitted,

 */s/ Amanda Kramer*
Amanda Kramer

CC:  All counsel of record via ECF

Application GRANTED. The conference is hereby ADJOURNED to September 23, 2026, at 11:00 a.m. The Clerk of Court is directed to terminate Doc. #55.

SO ORDERED.

July 24, 2026