

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 30, 2026

**BY ECF**
Hon. Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Furman:

      To accommodate Probation's availability, and with defense counsel's consent, the government respectfully requests that the supervised release status conference currently set for September 23, 2026 be rescheduled to September 30, 2026 at 3:00 p.m.

      Respectfully submitted,

      JAMES M. MCDONALD
      United States Attorney

by: _____
      Robert S. Ruff
      Assistant United States Attorney
      (212) 637-2522

cc:    Counsel of record (by ECF)