

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 30, 2026

**BY ECF**

Hon. Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. The conference is hereby ADJOURNED to **September 30, 2026, at 3:00 p.m.** The Clerk of Court is directed to terminate Doc. #57.

SO ORDERED.

July 31, 2026

Dear Judge Furman:

      To accommodate Probation's availability, and with defense counsel's consent, the government respectfully requests that the supervised release status conference currently set for September 23, 2026 be rescheduled to September 30, 2026 at 3:00 p.m.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: Robert Ruff
Robert S. Ruff
Assistant United States Attorney
(212) 637-2522

cc:    Counsel of record (by ECF)