**COVINGTON**

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1223
akramer@cov.com

**Via ECF** October 21, 2026

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States* v. *Alberto McLean*, 1:18 Cr. 707 (JMF)**

Dear Judge Furman:

Alberto McLean, through Counsel, submits this letter to respectfully request an adjournment of the conference presently scheduled for October 27, 2026. The underlying state proceeding, upon which the supervised release petition is based, remains pending. A conference in Mr. McLean's state proceeding is scheduled for November 23, 2026. Accordingly, Counsel respectfully requests that the Court adjourn the October 27, 2026 conference to a date on or after December 1, 2026.

This is Counsel's third request for an adjournment on behalf of Mr. McLean, as the last request was made prior to the conference scheduled for September 30, 2026 for the same reason, and with the Government's consent. We have conferred with the Government, which consents to this request.

Respectfully submitted,

*/s/ Amanda Kramer*
Amanda Kramer

CC: All counsel of record via ECF

Application GRANTED. The conference is hereby ADJOURNED to December 3, 2026, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #61.

SO ORDERED.

October 21, 2026